UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

James D. Young,

    Plaintiff,

        v.                      Case Number: 1:10cv483

Gannett Satellite Information
Network, Inc.,                   Judge Michael R. Barrett

    Defendant.

## **ORDER**

Meals were provided for Jurors while deliberating in the above captioned case on December 21, 2011. The cost of this expenditure shall be paid by the Clerk for the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                                *S/Michael R. Barrett*
                                                Michael R. Barrett
                                                United States District Judge

J:\Barbara\Civil\TRIAL\JuryMealsOrd.wpd