

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

11 DEC 21  PM 5:40

James D. Young,

    Plaintiff,

v.                                   Case No. 1:10cv483

Gannett Satellite Information          Judge Michael R. Barrett
Network, Inc.,

    Defendant,

## GENERAL VERDICT FORM

On Plaintiff James D. Young's defamation claim against Defendant Gannett Satellite Information Network, Inc., we, the jury do hereby find in favor of (circle one) as set forth in the Special Interrogatories:

**(JAMES D. YOUNG)**     OR     GANNETT SATELLITE INFORMATION NETWORK, INC.

____s/_____
Foreperson

____s/_____      ____s/_____

____s/_____      ____s/_____

____s/_____      ____s/_____

____s/_____

                            12-21-11
                          DATE

Please check to make sure that your answer to the General Verdict Form is consistent with your answers to the Interrogatories.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

James D. Young,

    Plaintiff,

v.

Gannett Satellite Information Network, Inc.,

    Defendant,

Case No. 1:10cv483

Judge Michael R. Barrett

## SPECIAL INTERROGATORIES

The following questions are to be resolved by a unanimous vote of the jury:

1. Do you find by clear and convincing evidence that Defendant defamed Plaintiff, as defined in the Jury Instructions?

    YES __X__          NO _____

    If your answer is "NO" to Question 1, proceed to the General Verdict Form and enter your verdict in favor of Defendant.

    If your answer is "YES" to Question 1, proceed to Question 2.

2. What amount do you award in compensatory damages?

    $ __100,000__

    If your answer is "YES" to Question 1, and you have awarded compensatory damages, then proceed to Question 3 and 4.

3. Do you find by clear and convincing evidence that Defendant acted with hatred or ill will or in a spirit of revenge in publishing the statement at issue and that punitive damages should be assessed against Defendant?

   YES _____   NO  \_\_\_X\_\_\_\_\_

   Proceed to Question 4.

4. Do you find by clear and convincing evidence that Defendant acted with a conscious disregard for the rights and safety of Plaintiff in a way that has a great probability of causing substantial harm and that punitive damages should be assessed against Defendant?

   YES _____   NO  \_\_\_X\_\_\_\_\_

   If your answer is "NO" to Question 3 and 4, proceed to the General Verdict Form.

   If your answer is "YES" to Question 3 or 4, in what amount?

   $ _____

   Proceed to Question 5.

5. If your answer is "YES" to Question 3 or 4, do you find that Plaintiff's attorneys' fees should be awarded against Defendant?

   YES _____   NO  _____

   (This amount will be determined by the Court.)

   Proceed to the General Verdict Form and enter your verdict in favor of Plaintiff.

Signatures:

\_\_\_\_s/_____
Foreperson

_____s/_____   _____s/_____

_____s/_____   _____s/_____

_____s/_____   _____s/_____

_____s/_____

After signing, you are finished with these Interrogatories.