# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

James D. Young,

       Plaintiff,

             v.                                Case No. 1:10cv483

Gannett Satellite Information
Network, Inc.,                              Judge Michael R. Barrett

       Defendant.

## JUDGMENT IN A CIVIL CASE

**[X]**    **JURY VERDICT**: This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[ ]**    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Jury finds in favor of Plaintiff against Defendant.  The action is closed.

Date: December 22, 2011                  _James Bonini, Clerk_____
                                      Clerk

                             By:       _*S/Barbara A. Crum*_____
                             Deputy Clerk